No. 10–9469.  COOPER v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Va.  Certiorari denied.

No. 10–9475.  ADAMS v. WASHINGTON.  Ct. App. Wash.  Certiorari denied.

No. 10–9476.  BACON v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 10–9481.  LYTLE v. NORTH CAROLINA.  Ct. App. N. C.  Certiorari denied.

No. 10–9486.  PONTON v. AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL–CIO, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 10–9487.  MELVIN v. NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 10–9488.  TUCKER v. HEATH, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 10–9490.  WEINRICH v. ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 10–9491.  JAMES v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 10–9493.  JACKSON v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 10–9497.  ALLEN v. CURTIN, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 10–9501.  OWENS v. JEFFERSON ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 10–9507.  KONOPKO v. WESTFIELD POLICE DEPARTMENT.  C. A. 1st Cir.  Certiorari denied.

No. 10–9513.  PALK v. HARRISON, WARDEN.  C. A. 9th Cir.  Certiorari denied.